**ZACHARY J. LISZKA, ESQ.**
33 NASSAU AVENUE, FL 2, BROOKLYN, NEW YORK
ZACH@EMPLOYEELAWYER.NYC | 347-762-5131

May 21, 2020

**VIA ECF**
Hon. Ronnie Abrams, USDJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Peet v. Icon Realty Management LLC, et al.*
           Case No. 1:20-cv-01805-RA
           **Motion to Stay Mediation**

Dear Judge Abrams,

    Plaintiff respectfully asks the Court to stay the scheduled mediation, *see* ECF 17, until the close of fact discovery.

    The parties have exhausted a year of negotiations, briefing, and exchange of discovery at the New York City Commission on Human Rights without success. The limited discovery demanded in the Court's scheduled mediation order will be of marginal value in reaching a fair-minded resolution of this case at this juncture. The parties will be far-better positioned to have a successful mediation following the close of fact discovery given the fact-intensive nature of claims and defenses in this case.

    Indeed, Defendants have answered the complaint. The parties have held a FRCP 26(f) meet and confer. Plaintiff's discovery demands have been served.

    In light of the above, Plaintiff respectfully asks that the Court stay the scheduled mediation until the close of fact discovery.

Respectfully submitted,

Zachary J. Liszka, Esq.
*Counsel for Plaintiff*

No later than May 26, 2020, the parties shall file a joint letter indicating whether Defendants consent to Plaintiff's request to stay the automatic referral to mediation. If all parties seek to stay the mediation, they shall submit their proposed case management plan and scheduling order, a template of which is available at https://nysd.uscourts.gov/hon-ronnie-abrams, no later than May 29, 2020.

SO ORDERED.

Hon. Ronnie Abrams
5/21/2020