```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-11-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER PEET,

                Plaintiff,

v.

ICON REALTY MANAGEMENT LLC,
T&T REALTY MANAGEMENT LLC,
TERRENCE LOWENBERG, TODD
COHEN, JOSH HACKEL, LOUISE
MARTIN, AND AGNIESZKA DOLINSKA
*also known as* AGNES DOLINSKI,

                Defendants.

No. 20-CV-1805 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    According to the docket, this action was referred to mediation on June 8, 2020. *See* Dkt. 23. In light of the open mediation referral, the initial status conference scheduled for August 21, 2020 is hereby adjourned *sine die*. No later than August 31, 2020, the parties shall jointly submit a letter, updating the Court as to the status of this case, including the status of the mediation proceedings.

SO ORDERED.

Dated:    August 11, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge